Ben Alpert, appellee, v. Augusta Matson, appellant. Gen. No. 28,547.

Forcible detainer to recover possession of the second and third floors rented as hotel or rooming house, tenant holding over on

expiration of lease, and action by subsequent lessee. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

Nichols & Gernon, for appellant. Emory J. Smith, for appellee; Louis Salinger, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.